**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**VASHI PALMER,**
**Plaintiff,**

**v.**

**AAA MID STATES,**
**Defendant.**

**Docket No. 1:26-cv-00274-JPW**

**(Judge Jennifer P. Wilson)**

# MEDIATION REPORT

In accordance with this Honorable Court's June 11, 2026 Mediation Order, a mediation conference was held on August 19, 2026, and the results of that conference and the results of that conference are indicated below:

__X__ The case has been settled and counsel is working on a formal agreement.

____ No settlement reached.

____ The parties have reached an impasse. The parties and the mediator agree that a future mediation conference(s) may be beneficial and will engage in additional discussions if appropriate.

**By:** ***/s/ Jonathan D. Koltash***
**JONATHAN D. KOLTASH**
**Mediator**

**FILED:** **August 24, 2026**